UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KEITH ALVAREZ, | Case No.: 3:17-cv-2236-AJB-NLS |
|---|---|
| Plaintiff, | **ORDER:** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | **(1) ADOPTING THE REPORT AND RECOMMENDATION (Doc. No. 31);** |
| Defendant. | **(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. No. 26); AND** |
| | **(3) GRANTING DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT (Doc. No. 27.)** |

Presently before the Court are (1) Plaintiff Keith Alvarez's ("Plaintiff") motion for summary judgment; and (2) Defendant Nancy A. Berryhill's ("Defendant") cross motion for summary judgment. (Doc. Nos. 26–27.) The Court referred this matter to Magistrate Judge Nita L. Stormes for a Report and Recommendation (the "R&R"), which was issued on August 6, 2019. (Doc. No. 31.) The R&R recommends that the Court: (1) deny Plaintiff's motion for summary judgment; and (2) grant Defendant's cross motion for summary judgment. (*Id.* at 20–21.) The parties were instructed to file written objections to

the R&R by August 21, 2019, and a reply to the objections no later than August 30, 2019. (*Id*. at 21.)

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's R&R. The district judge must "make a de novo determination of those portions of the report . . . to which objection is made[,]" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of objection(s), the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note to the 1983 amendment; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Neither party has filed objections to the R&R. Thus, having reviewed the R&R, the Court finds it thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: (1) **ADOPTS** the R&R; (2) **DENIES** Plaintiff's motion for summary judgment; and (3) **GRANTS** Defendant's cross motion for summary judgment.

**IT IS SO ORDERED**.

Dated: September 23, 2019

Hon. Anthony J. Battaglia
United States District Judge